# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

MICHAEL DAVID RANSOM                                          PLAINTIFF


V.                          NO. 4:13CV00444 SWW/JTR


FAULKNER COUNTY DETENTION
CENTER; KARL BYRD, Faulkner
County Sheriff                                               DEFENDANTS


## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray.   No objections have been filed.   After careful review, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1.      Defendant Faulkner County Detention Center is DISMISSED, WITH PREJUDICE.

2.      The Clerk is directed to prepare a summons for Defendant Karl Byrd, Faulkner County Sheriff. The United States Marshal is directed to serve the summons, the Complaint (docket entry #2), the Partial Recommended Disposition

(docket entry #6), and this Order upon Defendant Byrd without prepayment of fees and costs or security therefor.

Dated this 9th day of September, 2013.


/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE