# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

MICHAEL DAVID RANSOM                                                    PLAINTIFF

V.                      NO. 4:13CV00444 SWW/JTR

KARL BYRD, Faulkner County Sheriff                         DEFENDANT

## ORDER

On January 8, 2014, the Court entered an Order (*doc. #23*) denying Plaintiff's Motion to Amend Complaint and Motions for Appointment of Counsel. The Clerk mailed the Order to the address indicated by Plaintiff at the Faulkner County Detention Center. On January 16, 2014, the Order was returned as undeliverable, stating that Plaintiff was no longer at the Faulkner County Detention Center. *Doc. #24*.

On February 10, 2014, Plaintiff filed a letter indicating a change of address to the Tucker Unit of the ADC. *Doc. #25*. He also states that he has not received any notice of the disposition of the motions he had filed.

Plaintiff is reminded of his obligations under Local Rule 5.5(c)(2), which provides that: "It is the duty of any party not represented by counsel to *promptly notify* the Clerk and the other parties to the proceedings of any change in his or her

address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. *If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice*. Any party proceeding pro se shall be expected to be familiar with and follow the Federal Rules of Civil Procedure." (Emphasis added).

The Clerk is directed to mail to Plaintiff: (1) a copy of the docket sheet in this case; and (2) copies of the January 7, 2014 Final Scheduling Order and the January 8, 2014 Order (*docs. #22 and #23*).

IT IS SO ORDERED this 13th day of February, 2014.

```
_____
UNITED STATES MAGISTRATE JUDGE
```