**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

MICHAEL DAVID RANSOM                                                    PLAINTIFF

V.                    NO. 4:13CV00444 SWW/JTR

KARL BYRD, Faulkner County Sheriff                                  DEFENDANT

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff's Motion to Extend Time and Motions to Amend Complaint (docs. 30, 36, and 39) are DENIED.

2. Defendant's Motion to Extend Time to File Dispositive Motions (doc. 31) is GRANTED, *nunc pro tunc*.

3. Defendant's Motion for Summary Judgment (doc. 32) is GRANTED, and this case is DISMISSED, WITH PREJUDICE.

Dated this 5th day of November, 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE