**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

MICHAEL DAVID RANSOM                                                                                   PLAINTIFF

V.                              NO. 4:13CV00444 SWW/JTR

KARL BYRD, Faulkner County Sheriff                                                              DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, Judgment is entered in favor of Defendant, and this case is DISMISSED, WITH PREJUDICE.

Dated this 5th day of November, 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE